### WHITE et al. v. CHISOLM.

PER CURIAM. The judgment of the court below sustaining the demurrer of the plaintiff to the counter-petition or cross-action filed by the defendant can not be reviewed by direct bill of exceptions prior to the final disposition of the plaintiff's case in the court below. *Knights of the Ku Klux Klan v. Terrell*, 155 *Ga.* 374 (116 S. E. 793); *Bellinger v. Eblin*, 158 *Ga.* 657 (124 S. E. 137).

*Writ of error dismissed. All the Justices concur.*

No. 4662. MARCH 13, 1925.

Equitable petition. Before Judge Humphries. Fulton superior court. November 12, 1924.

*R. R. Jackson* and *T. L. Lanford*, for plaintiffs in error.

*Weltner & Sims*, contra.